| AO 10 Rev. 1/2015 | FINANCIAL DISCLOSURE REPORT FOR CALENDAR YEAR 2015 | Report Required by the Ethics in Government Act of 1978 (5 U.S.C. app. §§ 101-111) |

| 1. Person Reporting (last name, first, middle initial) Inman, Dennis H. | 2. Court or Organization Eastern District of Tennessee | 3. Date of Report 06/06/2016 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) Magistrate Judge, full time | 5a. Report Type (check appropriate type) ☐ Nomination Date ☐ Initial ☑ Annual ☐ Final  5b. ☐ Amended Report | 6. Reporting Period 01/01/2015 to 12/31/2015 |
| 7. Chambers or Office Address James H. Quillen U.S.Courthouse 220 West Depot St., Suite 306 Greeneville, Tennessee 37743 | | |

***IMPORTANT NOTES:*** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

# I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ NONE *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | Director (uncompensated and no personal control of assets) | Boys and Girls Club, Morristown, Inc. |
| 2. | Trustee (uncompensated) | Boys & Girls Club Foundation of Morristown, Inc. |
| 3. | Trustee | Trust #1 (see Part VII & VIII) |
| 4. | | |
| 5. | | |

# II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ NONE *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Inman, Dennis H. | 06/06/2016 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. 2015 | State of Tennesssee Retirement Benefit | $22,742.52 |
| 2. | | |
| 3. | | |
| 4. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☑ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☑ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | | | | | |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Inman, Dennis H. | 06/06/2016 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Inman, Dennis H. | 06/06/2016 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. AMG Funds- Managers Bond Fund | A | Dividend | K | T | | | | | |
| 2. Abbott Laboratories | A | Dividend | J | T | Buy | 08/28/15 | J | | |
| 3. AFLAC Inc | A | Dividend | J | T | Buy | 05/08/15 | J | | |
| 4. Air Products & Chemicals | A | Dividend | J | T | Buy | 05/08/15 | J | | |
| 5. American Funds - New World Fund | A | Dividend | K | T | | | | | |
| 6. American Funds - Income Fund | B | Dividend | L | T | | | | | |
| 7. American Funds - EuroPacific Growth Fund | B | Dividend | L | T | | | | | |
| 8. American Funds - Balanced Fund | B | Dividend | L | T | | | | | |
| 9. American Funds - Balanced 529 Fund | A | Dividend | K | T | | | | | |
| 10. American Funds - Cap Inc Bldr 529 | A | Dividend | K | T | | | | | |
| 11. American Funds - Fndmntl Inv 529 | A | Dividend | J | T | | | | | |
| 12. American Funds - Grwth Fnd of Amer 529 | A | Dividend | K | T | | | | | |
| 13. American Funds - Invstmnt Co of Amer 529 | A | Dividend | K | T | | | | | |
| 14. American Funds- Cap Wrld Grwth 529 | A | Dividend | J | T | | | | | |
| 15. American Funds - Small Cap Wrld Gwth 529 | A | Dividend | J | T | | | | | |
| 16. American Funds - Mutual Invs. Fnd 529 | A | Dividend | K | T | | | | | |
| 17. Analoag Devices Inc | A | Dividend | J | T | Buy | 05/08/15 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

[ ] NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. AT&T Inc | A | Dividend | J | T | Buy | 05/08/15 | J | | |
| 19. AQR Funds-Managed Futures Strategy Fund | A | Dividend | J | T | | | | | |
| 20. Artio Funds - Global Total Return Fund | A | Dividend | K | T | | | | | |
| 21. Artisan Funds - Midcap Value Fund | A | Dividend | J | T | | | | | |
| 22. Automatic Data Processing | A | Dividend | J | T | Buy | 05/08/15 | J | | |
| 23. Becton Dickinson & Co | A | Dividend | J | T | Buy | 05/08/15 | J | | |
| 24. Blackrock Funds - Core Bond Portfolio | A | Dividend | K | T | Buy (add'l) | 04/02/15 | J | | |
| 25. | | | | | Buy (add'l) | 08/05/15 | J | | |
| 26. Brookfield Invt Funds Gbl RE FdA | A | Dividend | J | T | Buy | 08/05/15 | J | | |
| 27. CBL & Assoc | B | Dividend | K | T | | | | | |
| 28. Chemours Co (X) | A | Dividend | J | T | | | | | |
| 29. Chevron Corp | A | Dividend | J | T | Buy | 05/08/15 | J | | |
| 30. Chubb Corp | A | Dividend | J | T | Buy | 05/08/15 | J | | |
| 31. Clorox Co | A | Dividend | J | T | Buy | 05/08/15 | J | | |
| 32. Cohen & Steers Funds - Realty Shares Fund | A | Dividend | J | T | | | | | |
| 33. Colgate Palmolive | D | Dividend | N | T | Buy (add'l) | 05/08/15 | J | | |
| 34. Conocophillips | A | Dividend | J | T | Buy | 05/08/15 | J | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Inman, Dennis H. | 06/06/2016 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. Deutsche Secs Tr Enhanced Comm Strat FD | A | Dividend | J | T | Buy | 12/16/15 | J | | |
| 36. Duke Energy | A | Dividend | K | T | | | | | |
| 37. Du Pnt - Nemours & Co | C | Dividend | L | T | | | | | |
| 38. Eaton/Vance Funds - Global MacroAbsolute Return Fund | A | Dividend | J | T | Buy (add'l) | 05/08/15 | J | | |
| 39. Emerson Electric Co | A | Dividend | J | T | Buy | 05/08/15 | J | | |
| 40. Eversource Energy | A | Dividend | J | T | Buy | 05/08/15 | J | | |
| 41. Exxon Mobil Corp | A | Dividend | J | T | Buy | 05/08/15 | J | | |
| 42. Fidelity Funds - Fidelity Adviser Series VII Fund | C | Dividend | K | T | | | | | |
| 43. Factset Research Systems | A | Dividend | J | T | Buy | 05/08/15 | J | | |
| 44. General Mills Inc | A | Dividend | J | T | Buy | 05/08/15 | J | | |
| 45. Genl Dynamics Corp | A | Dividend | J | T | Buy | 05/08/15 | J | | |
| 46. Goldman - Sachs - TR FINL Square Treas | A | Dividend | J | T | Buy (add'l) | 05/08/15 | J | | |
| 47. Granger WW Inc | A | Dividend | J | T | Buy | 05/08/15 | J | | |
| 48. Harbor Funds- CAP Appreciation Fund | A | Dividend | K | T | Buy (add'l) | 04/02/15 | J | | |
| 49. Harbor Fund Small Cap Value Fd | A | Dividend | J | T | Buy | 04/02/15 | J | | |
| 50. Harris Corp | A | Dividend | J | T | Buy | 05/08/15 | J | | |
| 51. Heartland Funds- Heartland Value Plus Fund | A | Dividend | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. Illinois Tool Works | A | Dividend | J | T | Buy | 05/08/15 | J | | |
| 53. IBM | A | Dividend | J | T | Buy | 05/08/15 | J | | |
| 54. JM Smuckers Co | A | Dividend | J | T | Buy | 05/08/15 | J | | |
| 55. John Hancock FDS II Global Absolute Return Strategies FD | A | Dividend | J | T | Buy | 08/05/15 | J | | |
| 56. Johnson & Johnson | D | Dividend | N | T | Buy (add'l) | 05/08/15 | J | | |
| 57. JP Morgan Funds - Intrepid Value Fund | A | Dividend | K | T | | | | | |
| 58. Kellogg Co | A | Dividend | J | T | Buy | 05/08/15 | J | | |
| 59. Knoxville TN Waste Water Sys Rev Impt Ser A | C | Interest | L | T | | | | | |
| 60. Lowes Companies | A | Dividend | K | T | Buy (add'l) | 05/08/15 | J | | |
| 61. MCDonalds Corp | A | Dividend | J | T | Buy | 05/08/15 | J | | |
| 62. Medtronic PLC | A | Dividend | J | T | Buy | 05/08/15 | J | | |
| 63. Memphis TN Gen - Impt Ser A G/O Unltd | A | Interest | L | T | | | | | |
| 64. MetLife Variable Annuity - AQR Global Risk Balanced | A | Dividend | K | T | | | | | |
| 65. MetLife Variable Annuity - Alliance Bernstein Global | A | Dividend | K | T | | | | | |
| 66. MetLife Variable Annuity - MetLife Balanced Plus | A | Dividend | K | T | | | | | |
| 67. MetLife Variable Annuity - BlackRock Global TCT Strat | A | Dividend | K | T | | | | | |
| 68. MetLife Variable Annuity IRA - MetGrowth Strategies | A | Dividend | M | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Inman, Dennis H. | 06/06/2016 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69. MetLife Variable Annuity - Met Balanced Strategies | A | Dividend | M | T | | | | | |
| 70. MetLife Vari. Annuity IRA - Met Balanced Strategies | A | Dividend | M | T | | | | | |
| 71. MetLife Variable Annuity IRA - MetGrowth Strategies | A | Interest | M | T | | | | | |
| 72. Metropolitan West Fds Total Return Bond Fd | A | Dividend | J | T | Buy | 04/02/15 | J | | |
| 73. MFS Funds - Ser Emerging Markets Fund | A | Dividend | J | T | Buy (add'l) | 08/04/15 | J | | |
| 74. Microsoft Corp | B | Dividend | K | T | | | | | |
| 75. Neuberger Berman Funds - Alternative Fund | A | Dividend | J | T | | | | | |
| 76. Nextera Energy Inc | A | Dividend | J | T | Buy | 05/08/15 | J | | |
| 77. Nordstrom Inc | A | Dividend | J | T | Buy | 05/08/15 | J | | |
| 78. Norfolk Southern Corp | A | Dividend | J | T | Buy | 05/08/15 | J | | |
| 79. Novartis AG | A | Dividend | J | T | Buy | 05/08/15 | J | | |
| 80. OakRidge Small Cp Growth Fd | A | Dividend | K | T | Buy | 04/02/15 | J | | |
| 81. | | | | | Buy (add'l) | 08/05/15 | J | | |
| 82. OneOk Partners, LP | A | Dividend | L | T | | | | | |
| 83. Oppenheimer Funds - Dev Markets Fund (ODVYX) | A | Dividend | J | T | Buy (add'l) | 04/02/15 | J | | |
| 84. Oppenheimer Funds -Intl Fund(OIBYX) | A | Dividend | J | T | | | | | |
| 85. Paychex Inc | A | Dividend | J | T | Buy | 05/08/15 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Inman, Dennis H. | 06/06/2016 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 86. Pepsico Inc | A | Dividend | J | T | Buy | 05/08/15 | J | | |
| 87. Phillips 66 | A | Dividend | J | T | Buy | 05/08/15 | J | | |
| 88. PIMCO Funds - FDS PAC INVT Fund | A | Dividend | J | T | | | | | |
| 89. PIMCO Funds - Commodity Real Return Fund | A | Dividend | | | Sold | 12/15/15 | J | | |
| 90. Polaris Ind Inc | A | Dividend | J | T | Buy | 05/08/15 | J | | |
| 91. Praxair Inc | A | Dividend | J | T | Buy | 05/08/15 | J | | |
| 92. Principal Fds- High Yield FD Instl | A | Dividend | K | T | Buy | 04/01/15 | J | | |
| 93. | | | | | Buy (add'l) | 04/02/15 | J | | |
| 94. | | | | | Buy (add'l) | 08/05/15 | J | | |
| 95. Principal Fds Midcap Fund | A | Dividend | J | T | Buy | 04/02/15 | J | | |
| 96. Procter & Gamble Co | A | Dividend | J | T | Buy | 05/08/15 | J | | |
| 97. Qualcom Inc | A | Dividend | J | T | Buy | 05/08/15 | J | | |
| 98. Scana Corp Com | A | Dividend | J | T | Buy | 05/08/15 | J | | |
| 99. Sysco Corp | A | Dividend | J | T | Buy | 05/08/15 | J | | |
| 100. Target Corp | A | Dividend | J | T | Buy | 05/08/15 | J | | |
| 101. The Southern Co | A | Dividend | J | T | Buy | 05/08/15 | J | | |
| 102. United Technologies Corp | A | Dividend | J | T | Buy | 05/08/15 | J | | |

| | | | | |
|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Inman, Dennis H. | 06/06/2016 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 103. VF Corp | A | Dividend | J | T | Buy | 05/08/15 | J | | |
| 104. Wal-Mart Stores Inc | A | Dividend | J | T | Buy | 05/08/15 | J | | |
| 105. WEC Energy Group Inc | A | Dividend | J | T | Buy | 05/08/15 | J | | |
| 106. 3M Co | A | Dividend | J | T | Buy | 05/08/15 | J | | |
| 107. Regions Bank, Morristown, TN checking acct | A | Interest | K | T | | | | | |
| 108. Regions Bank, Morristown, Savings Acct | A | Interest | K | T | | | | | |
| 109. Citizens Bank Account | B | Interest | M | T | Open | 12/31/15 | M | | |
| 110. Rental House, Morristown, Hamblen County, Tennessee | C | Rent | J | W | | | | | |
| 111. Sysco Corp | A | Dividend | J | T | | | | | |
| 112. TN State (Bond) - Ser A General Obligation UNLTD B/E | A | Interest | J | T | | | | | |
| 113. Thornburg - Investment Income Builder See Part VIII | B | Dividend | K | T | | | | | |
| 114. TN Housing Dev Agy Homeownership | B | Interest | K | T | | | | | |
| 115. US Stl Corp SR Bond 7.000% | A | Interest | J | T | Buy | 09/30/15 | J | | |
| 116. Wells Fargo Bank Money Mrkts | A | Interest | M | T | | | | | |
| 117. Williamson Co. TN School Dist. G/O UNLTD B/E | B | Interest | L | T | | | | | |
| 118. US STL Corp 7.000% 2/01/2018 | A | Interest | J | T | Buy | 09/30/15 | J | | |
| 119. | | | | | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Inman, Dennis H. | 06/06/2016 |

## VII. INVESTMENTS and TRUSTS — income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 120. | | | | | | | | | |
| 121. | | | | | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Inman, Dennis H. | 06/06/2016 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

Thornburg - Investment Income Builder was reported as sold in my 2014 report, I should have reported it as "Sold (part.)"

Please note: All assets, whether held personally or owned by Trust #1 are reported in a consolidated manner.

# FINANCIAL DISCLOSURE REPORT

Page 13 of 13

Name of Person Reporting

Inman, Dennis H.

Date of Report

06/06/2016

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ Dennis H. Inman**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544